RECEIVED
IN LAKE CHARLES, LA

AUG 31 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CCN MANAGED CARE, INC. | : | DOCKET NO. 06-519 |
| VS. | : | JUDGE TRIMBLE |
| DR. FAYEZ SHAMIEH, AMC., SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION, D/B/A LAKE CHARLES MEMORIAL HOSPITAL, LAKE CHARLES MEMORIAL PHO, ENGLAND MASSE CLINIC, COLUMBIA WOMEN & CHILDREN'S HOSPITAL, DR. R. DALE BERNAUER, DR. KEVIN GORIN, AND DR. LYNN FORET | : | MAGISTRATE JUDGE HILL |

## MEMORANDUM ORDER

Before the Court is a "Motion for Reconsideration Pursuant to Rule 59(e)" (docs. #20 & 21) wherein the movers seek to have this Court reconsider its ruling that Plaintiff's claims against Defendants should be stayed pending the Fifth Circuit Court of Appeal's review of this Court's decision in *Liberty Mutual v. Gunderson*, 2006 WL 367700 (W.D. La. 2006).

On July 7, 2006, this Court denied defendants' Motions to Abstain and Dismiss, but granted Defendants' request to stay this litigation pending the Fifth Circuit Court of Appeal's review of this Courts decision in *Liberty Mutual*. CCN Managed Care, Inc. ("CCN") maintains that it has an overwhelming interest in seeing the issue of its potential liability resolved as quickly as possible because the number of claims sued on by Defendants and other providers increase each day, and the penalties sought by these parties under Louisiana Revised Statute 40:2203.1(G) increase $50.00 per day. CCN also points out that Defendants' true motive in staying the instant case is to delay this litigation[1] with the hope that it will

---

[1] The Court notes that it is aware that even though Defendants filed their Notice of Appeal in *Liberty Mutual* on May 9, 2006, they had not pay the required filing fees as of the date CCN filed this motion and memorandum – July 14, 2006. Those fees were paid on July 14, 2006.

obtain a ruling in one of the state court proceedings it can use to argue against the jurisdiction of this Court. CCN argues that not only should this Court consider its own interests of judicial economy, we should also consider the interests of the entire court system, as well as the interests of persons not parties to this litigation and the public interest.

The Court has reviewed and considered CCN's arguments. Each of the parties to this litigation and other similar litigation in other forums are seeking favorable rulings as quickly as possible. This Court has ruled on the merits of *Liberty Mutual* and is awaiting a decision from the Fifth Circuit that will have a direct effect on the merits of this case. Even though the potential liability of CCN in this case accumulates daily, if the Fifth Circuit reverses this Court in *Liberty Mutual* based on the merits of the case, those penalties will continue in both cases and lifting the stay of this case would not cause that accumulation to cease. This case would still have to proceed through the appellate process in the same posture as *Liberty Mutual*. If the Fifth Circuit affirms this Court in *Liberty Mutual*, the stay in this case will be lifted, judgment will be rendered accordingly, and there will be no liability for penalties against CCN.

## ORDER

For the reasons set forth above,

**IT IS ORDERED** that the motion for reconsideration (docs. #20 & 21) is hereby **DENIED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31st day of August, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE