RECEIVED
IN ALEXANDRIA, LA.

NOV 02 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CCN MANAGED CARE, INC. | : | DOCKET NO. 06-519 |
| VS. | : | JUDGE TRIMBLE |
| DR. FAYEZ SHAMIEH, AMC, ET AL | : | MAGISTRATE JUDGE HILL |

### ORDER

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for permanent injunction (doc. #157) is hereby **GRANTED**; pursuant to the Anti-Injunction Act[1] and the All Writs Act,[2] defendants, Dr. Fayez Shamieh, AMC, Southwest Louisiana Hospital Association, d/b/a Lake Charles Memorial Hospital, Lake Charles Memorial Physician Hospital Organization, England-Masse Clinic, Dr. R. Dale Bernauer, Dr. Kevin Gorin and Dr. Lynn Foret are hereby **PERMANENTLY ENJOINED** from re-litigating in any court or administrative agency in the State of Louisiana against CCN Managed Care, Inc. and/or its "authorized payors"[3] the issues of (1) whether or not the CCN Provider Agreements are valid and enforceable because there are no prohibitions in the Louisiana Workers' Compensation law that prevent a provider from agreeing to charge and receive discounted rates for the services they provide to occupationally ill or injured

---

[1] 28 U.S.C. § 2283.

[2] 28 U.S.C. § 1651(a).

[3] Authorized payors include those who can establish a contractual relationship with CCN and be properly identified in the payor lists pursuant to the CCN Provider Agreements.

workers, and (2) whether or not CCN Managed Care, as a group purchaser, or such agreements of CCN are exempt from the notice provisions required by Louisiana Revised Statute 40:2203.1.

**IT IS FURTHER ORDERED** that the motion for oral argument (doc. #160) is hereby **DENIED**, as the Court finds that it is not necessary.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of November, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE